MARGARET A. MCLETCHIE, Nevada Bar No. 10931
DAYVID J. FIGLER, Nevada Bar No. 4264
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICHAEL ROGERS, an individual;
NIKITA WRIGHT, an individual,

Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity as Sheriff; ALFREDO QUINTERO, individually; PRAVEEN RAJ, individually; DOE OFFICERS I-IV, individually,

Defendants.

**Case. No.:** 2:22-cv-00867-CDS-DJA

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO AMEND COMPLAINT OR OPPOSE DEFENDANTS' MOTION TO DISMISS**

**(FIRST REQUEST)**

Pursuant to LR IA 6-1, Plaintiffs MICHAEL ROGERS and NIKITA WRIGHT and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, ALFREDO QUINTERO, and PRAVEEN RAJ, by and through their respective counsel, hereby stipulate and request that this Court extend the deadline for Plaintiff to file an amended complaint or response in opposition to Defendants' Motion to Dismiss (ECF No. 4) to be extended from the current deadline of July 6, 2022, by fourteen

(14) days to July 20, 2022.

  This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon Plaintiff's counsel's schedule and the desire to promote judicial efficiency.

  WHEREFORE, the parties respectfully request that this Court order the deadline extended as stated above.

  IT IS SO STIPULATED.

DATED this 5th day of July, 2022.   DATED this 5th day of July, 2022.

*/s/ Margaret A. McLetchie*   */s/ Jackie V. Nichols*
Margaret A. McLetchie, Bar No. 10931  Jackie V. Nichols, Esq.
Leo S. Wolpert, Bar No. 12658   Nevada Bar No. 14246
602 South Tenth Street    MARQUIS AURBACH
Las Vegas, NV 89101    10001 Park Run Drive
(702) 728-5300     Las Vegas, Nevada 89145
maggie@nvlitigation.com   *Counsel for Defendants*
*Counsel for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED: _____July 6, 2022_____

_____
U.S. DISTRICT JUDGE