MARGARET A. MCLETCHIE, Nevada Bar No. 10931
DAYVID J. FIGLER, Nevada Bar No. 4264
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ROGERS, an individual; NIKITA WRIGHT, an individual, | Case. No.: 2:22-cv-00867-CDS-DJA |
| Plaintiffs, | **JOINT STATUS REPORT** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his individual capacity; ALFREDO QUINTERO, individually; PRAVEEN RAJ, individually; DOE OFFICERS I - IV, individually, | |
| Defendants. | |

Pursuant to this Court's July 27, 2022 Minute Order (ECF No. 9), Plaintiffs MICHAEL ROGERS and NIKITA WRIGHT and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, ALFREDO QUINTERO, and PRAVEEN RAJ (collectively, the "Parties"), by and through their counsel of record, hereby submit this Joint Status Report.

On August 1, 2022, counsel for the Parties conferred and agreed that **Defendants' pending Motion for Partial Dismissal (ECF No. 4) should be denied as moot** and that Defendants should be given an opportunity to respond to Plaintiffs' First Amended Complaint filed on July 20, 2022. (ECF No. 8.) Defendants' response shall be due to the Court on or before August 9, 2022.

/ / /

DATED this 2nd day of August, 2022

MCLETCHIE LAW

By: /s/ Margaret A. McLetchie
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Leo S. Wolpert, Esq.
    Nevada Bar No. 12658
    602 South Tenth St.
    Las Vegas, Nevada 89101
    *Attorney for Plaintiffs*

DATED this 2nd day of August, 2022

MARQUIS AURBACH

By: /s/ Jackie V. Nichols
    Jackie V. Nichols, NBN 14246
    10001 Park Run Drive
    Las Vegas, NV 89145
    Email: jnichols@maclaw.com
    *Attorney for Defendants*

## ORDER

Defendants' Motion for Partial Dismissal (ECF No. 4) is DENIED as moot. Defendants' response to First Amended Complaint (ECF No. 8) shall be due on or before August 9, 2022.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 3, 2022