MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ROGERS, an individual; NIKITA WRIGHT, an individual, <br><br> Plaintiffs, <br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his individual capacity; ALFREDO QUINTERO, individually; PRAVEEN RAJ, individually; DOE OFFICERS I - IV, individually, <br><br> Defendants. | Case. No.: 2:22-cv-00867-CDS-DJA <br><br> **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO AMEND COMPLAINT OR OPPOSE DEFENDANT'S MOTION TO DISMISS** <br><br> **(THIRD REQUEST)** |

Pursuant to LR IA 6-1, Plaintiffs MICHAEL ROGERS and NIKITA WRIGHT and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, ALFREDO QUITERO, and PRAVEEN RAJ, by and through their respective counsel, hereby stipulate and request that this Court extend the deadlines for Plaintiff to file an amended complaint or response in opposition to Defendants' Motion to Dismiss (ECF No. 4) to be extended from the current deadline of September 6, 2022, by seven (7) days to **September 13, 2022**.

This request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon Plaintiff's counsel's schedule and the desire to promote judicial efficiency.

1

WHEREFORE, the parties respectfully request that this Court order the deadline extended as stated above.

**IT IS SO STIPULATED.**

DATED this 6th day of September, 2022        DATED this 6th date of September, 2022

MCLETCHIE LAW                                MARQUIS AURBACH

/s/ *Margaret A. McLetchie*                  /s/ *Jackie V. Nichols*
Margaret A. McLetchie, Esq. (10931)          Jackie V. Nichols, (14246)
Leo S. Wolpert, Esq. (12658)                 10001 Park Run Drive
602 South Tenth St.                          Las Vegas, NV 89145
Las Vegas, NV 89101                          E-mail: jnichols@maclaw.com
*Attorneys for Plaintiffs*                   *Attorney for Defendants*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: ___September 7, 2022___

Counsel are reminded that pursuant to Local Rule 26-3, a request made within 21 days of the subject deadline must be supported by a showing of good cause. Future requests made on the deadline date, and not in compliance with the Local Rules, may result in denial.

2