**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan
  Police Department, Sheriff Joseph Lombardo, Sgt.
  Alfredo Quintero, and Officer Praveen Raj

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ROGERS, an individual; NIKITA WRIGHT, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity as Sheriff; ALFREDO QUINTERO, individually; PRAVEEN RAJ, individually; DOE OFFICERS I - IV, individually,<br><br>　　　　　　Defendants. | Case Number:<br>2:22-cv-00867-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

The Parties, Plaintiffs Michael Rogers and Nikita Wright ("Plaintiffs"), by and through their counsel of record, Margaret A. McLetchie, Esq., N. Pieter O' Leary, Esq. and Leo S. Wolpert, Esq., of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sheriff Joseph Lombardo ("Lombardo"), Sgt. Alfredo Quintero ("Quintero"), and Officer Praveen Raj ("Raj"), collectively ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

1.　　The Parties agree that, due to scheduling conflicts limiting LVMPD Defendants' counsel's ability to timely and adequately respond to Plaintiffs' Motion for

MAC:14687-418 5050249_1 4/7/2023 2:34 PM

Leave to File Second Amended Complaint [ECF No. 25], the deadline for LVMPD Defendants to file an Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint shall be extended one week, from **April 7, 2023, to April 14, 2023.**

    2.    This is the first request for an extension of this deadline.

    3.    The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

    IT IS SO STIPULATED.

DATED this 7th day of April, 2023

MCLETCHIE LAW

By: /s/ Margaret A. McLetchie
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
N. Pieter O' Leary, Esq.
Nevada Bar No. 15297
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
602 South 10th Street
Las Vegas, Nevada 89101
Attorneys for Plaintiffs Michael Rogers and Nikita Wright

DATED this 7th day of April, 2023

MARQUIS AURBACH

By: /s/ Jackie V. Nichols
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, Sgt. Alfredo Quintero, and Officer Praveen Raj

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 10th day of April, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

MAC:14687-418 5050249_1 4/7/2023 2:34 PM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 7th day of April, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:14687-418 5050249_1 4/7/2023 2:34 PM