MARGARET A. MCLETCHIE, Nevada Bar No. 10931
N. PIETER M. O'LEARY, Nevada Bar No. 15297
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ROGERS, an individual; NIKITA WRIGHT, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his individual capacity; ALFREDO QUINTERO, individually; PRAVEEN RAJ, individually; DOE OFFICERS I - IV, individually, <br><br> Defendants. | Case. No.: 2:22-cv-00867-CDS-DJA <br><br> **STIPULATION AND ORDER TO EXTEND PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> **(SECOND REQUEST)** |

The Parties, Michael Rogers and Nikita Wright ("Plaintiffs"), by and through their counsel of record, and Defendants, the Las Vegas Metropolitan Police Department ("LVMPD"), Sheriff Joseph Lombardo, Alfredo Quintero, and Praveen Raj, (collectively, "LVMPD Defendants"), by and through their respective counsel (collectively, "the Parties"), hereby agree and jointly stipulate to the following:

1. The Parties agree that the deadline for Plaintiffs to file a Reply in Support of Plaintiffs' Motion for Leave to File Second Amended Complaint shall be rescheduled from **April 21, 2023**, to **May 5, 2023**.

2. Plaintiffs filed the Stipulation and Order to Extend Plaintiffs' Reply in Support of Motion for Leave to File Second Amended Complaint (first request) on April 21, 2023. (*See* ECF No. 30.)

1

3. On April 25, 2023, the Court denied the Parties' Stipulation and Order to Extend Plaintiffs' Reply in Support of Motion for Leave to File Second Amended Complaint without prejudice for failure to comply with Local Rule IA 6-1(a) because the Stipulation and Order did not provide a reason for the requested extension. (*See* ECF No. 32.)

4. This second request for an extension of time is not sought for any improper purpose or to delay. The Parties are litigating several matters together, including this matter, and recently stipulated to extend the deadline for Defendants to file their Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint. (*See* ECF No. 28.) Plaintiffs' counsel has also had extensive family obligations requiring counsel to assist a family member with treatment for serious medical conditions. As such, the Parties agree that due to scheduling conflicts limiting Plaintiffs' counsel's ability to timely and adequately reply in support of their Motion for Leave to File Second Amended Complaint, the deadline for Plaintiffs to file their Reply shall be extended from April 21, 2023, to May 5, 2023.

5. This is the second request for an extension of this deadline.

6. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated this 26th day of April, 2023.

MCLETCHIE LAW

By: /s/ *N. Pieter M. O'Leary*
   Margaret A. McLetchie, Esq.
   Nevada Bar No. 10931
   Leo S. Wolpert, Esq.
   Nevada Bar No. 12658
   Pieter M. O'Leary, Esq.
   Nevada Bar No. 15297
   602 South 10th Street
   Las Vegas, Nevada 89101
   *Attorneys for Plaintiffs*

Dated this 26th day of April, 2023.

MARQUIS AURBACH

By: /s/ *Jackie V. Nichols*
   Jackie V. Nichols, Esq.
   Nevada Bar No. 14246
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   *Attorneys for Defendants*

IT IS SO ORDERED that the parties Stipulation (ECF No. 34) is GRANTED. Plaintiff's shall file their reply by May 5, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 27, 2023