MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: Efile@nvlitigation.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ROGERS, an individual; NIKITA WRIGHT, an individual, <br><br> Plaintiffs <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his individual capacity; ALFREDO QUINTERO, individually; PRAVEEN RAJ, individually; PARKER SMITH, individually; TYLER GEORGI, individually; JUSTIN JONSSON, individually; JAMES KILBER, individually DOE OFFICERS V - VI, individually, <br><br> Defendants | **Case. No.:** 2:22-cv-00867-CDS-DJA <br><br> **STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO RESPOND DEFENDANT'S MOTION FOR PARTIAL DISMISSAL (ECF NO. 51)** <br><br> **(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiffs MICHAEL ROGERS and NIKITA WRIGHT and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, ALFREDO QUITERO, PRAVEEN RAJ, PARKER SMITH, TYLER GEORGI, JUSTIN JONSSON, and JAMES KILBER, by and through their respective counsel, hereby stipulate and request that this Court extend the deadlines for Plaintiffs to file a response in opposition to Defendants' Motion for Partial Dismissal (ECF No. 51) to be extended from the current deadline of June 25, 2024, by 14 days to **July 9, 2024**.

This request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon Plaintiffs' counsel's schedule and the desire to promote judicial efficiency.

WHEREFORE, the parties respectfully request that this Court order the deadline extended as stated above.

**IT IS SO STIPULATED.**

DATED this 25th day of June, 2024

MCLETCHIE LAW

*/s/ Leo S. Wolpert*
Margaret A. McLetchie, Esq. (10931)
Leo S. Wolpert, Esq. (12658)
602 South Tenth St.
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

DATED this 25th day of June, 2024

MARQUIS AURBACH

*/s/ Jackie V. Nichols*
Jackie V. Nichols, (14246)
10001 Park Run Drive
Las Vegas, NV 89145
E-mail: jnichols@maclaw.com
*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   June 27, 2024