**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan
  Police Department, Sheriff Joseph Lombardo, Sgt.
  Alfredo Quintero, and Officer Praveen Raj

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ROGERS, an individual and NIKITA WRIGHT, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity; ALFREDO QUINTERO, individually; PRAVEEN RAJ, individually; PARKER SMITH, individually; TYLER GEORGI, individually; JUSTIN JONSSON, individually; JAMES KILBER, individually and DOE OFFICERS V - VI, individually,<br><br>　　　　　　　　Defendants. | Case Number:<br>2:22-cv-00867-CDS-DJA<br><br>**LVMPD DEFENDANTS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

　　　　Defendants Las Vegas Metropolitan Police Department, Sheriff Lombardo, Sgt. Quintero and Officer Raj ("LVMPD Defendants"), by and through their attorneys of record, the law firm of Marquis Aurbach, respectfully request attorney Jacqueline V. Nichols, Esq. be removed from the CM/ECF service list for the above-captioned matter. Ms. Nichols is no

/ / /

/ / /

/ / /

MAC:14687-418 5567492_1 8/6/2024 1:40 PM

longer with the law firm of Marquis Aurbach and therefore request the email addresses of jnichols@maclaw.com and kbusch@maclaw.com be removed from the service list.

Dated this <u>6th</u> day of August, 2024.

MARQUIS AURBACH

By: <u>*/s/ Nick D. Crosby*</u>
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Las Vegas Metropolitan Police Department, Sheriff Joseph Lombardo, Sgt. Alfredo Quintero, and Officer Praveen Raj

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **LVMPD DEFENDANTS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the <u>6th</u> day of August, 2024.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: N/A

<u>*/s/ Sherri Mong*</u>
An employee of Marquis Aurbach

**IT IS SO ORDERED**.

DATED: 8/7/2024

_____
Daniel J. Albregts
United States Magistrate Judge