MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com

*Counsel for Plaintiffs Michael Rogers and Nikita Wright*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ROGERS, an individual; NIKITA WRIGHT, an individual, <br><br> Plaintiffs <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity; ALFREDO QUINTERO, individually; PRAVEEN RAJ, individually; PARKER SMITH, individually; TYLER GEORGI, individually; JUSTIN JONSSON, individually; JAMES KILBER, individually DOE OFFICERS V - VI, individually, <br><br> Defendants | **Case No.:** 2:22-cv-00867-CDS-BNW <br><br> **STIPULATION AND ORDER TO EXTEND AMENDMENT DEADLINE** <br><br> **(FIRST REQUEST)** |

Plaintiffs Michael Rogers and Nikita Wright ("Plaintiffs"), by and through their counsel of record, Margaret A. McLetchie, Esq. and Leo S. Wolpert, Esq., of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Sgt. Alfredo Quintero ("Quintero"), and Officer Praveen Raj ("Raj"), collectively ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Nick D. Crosby, Esq., of Marquis Aurbach, hereby stipulate and agree

to extend the deadline for Plaintiffs to amend their complaint by fourteen (14) days, to **February 26, 2025**. This Stipulation is being entered in good faith and not for purposes of delay.

The formal deadline to amend pleadings or add parties has passed and Plaintiffs are not seeking to extend that deadline. The amendment deadline to be extended by this stipulation is the February 12, 2025, deadline set by the Court in its January 29, 2025, ruling on Defendants' motion to dismiss. *See* ECF No. 64 at 11:14-17.

Pursuant to Local Rule 26-3 and Fed. R. Civ. P. 6(b), the Parties submit that good cause exists for the extension requested. The deadline set by the Court in its January 29, 2025, Order gave Plaintiffs until February 12, 2025, to file a third amended complaint to supplemented the allegations concerning their equal protection and *Monell* claims. *See* ECF No. 64 at 11:14-17. The Parties acknowledge that, pursuant to Local Rule 26-3, a stipulation to extend a deadline must be submitted to the Court no later than 21 days before the expiration of the subject deadline, and that a request made within 21 days must be supported by a showing of good cause. As the Court provided fourteen (14) days for amendment, the instant stipulation could not be filed within the Rule's 21-day window. This is the first request for an extension of the February 12, 2025, deadline for Plaintiffs to file a third amended complaint.

Plaintiffs require the additional time to review litigation and evidence in other similar cases to complete their preparation of the third amended complaint. Finally, the Parties together request this in good faith and to further the resolution of this complicated case on the merits, and not for any purpose of delay.

The Parties thus respectfully request an extension of time for Plaintiffs to file their third amended complaint to enable to them to conduct necessary additional investigation as to their claims so that this matter is fairly resolved on the merits with a third amended complaint that fully reflects Plaintiffs' claims. "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Derosa v. Blood Sys., Inc.,* No. 2:13-cv-0137-JCM-NJK, 2013 U.S. Dist. LEXIS

MCLETCHIE LAW
ATTORNEYS at LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702) 728-5300 (T) / (702) 425-8220 (F)
WWW.NVLITIGATION.COM

108235, 2013 WL 3975764, at 1 (D. Nev. Aug. 1, 2013) (*quoting Johnson v. Mammoth Recreations*, Inc., 975 F.2d 604, 609 (9th Cir. 1992)); *see also* Fed. R. Civ. P. 1 (providing that the Rules of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

Based on the foregoing stipulation, the Parties request that the deadline for Plaintiffs to file their third amended complaint to supplement their *Monell* and equal protection claims be extended an additional fourteen (14) days, to February 26, 2025.

Dated this 12th day of February, 2025.

**MCLETCHIE LAW**

By: */s/ Margaret A. McLetchie*
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Leo S. Wolpert, Esq.
    Nevada Bar No. 12658
    602 South 10th Street
    Las Vegas, Nevada 89101
    Attorneys for Plaintiffs Michael
    Rogers and Nikita Wright

Dated this 12th day of February, 2025.

**MARQUIS AURBACH**

By: */s/ Tabetha J. Steinberg*
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Tabetha J. Steinberg, Esq.
    Nevada Bar No.16756
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Las Vegas
    Metropolitan Police Department,
    Sheriff Joseph Lombardo, Sgt. Alfredo
    Quintero, and Officer Praveen Raj

## <u>ORDER</u>

The parties' stipulation [ECF No. 69] is hereby approved. The deadline for plaintiffs to amend their complaint is extended to February 26, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 13, 2025

3