MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LISA A. RASMUSSEN, Nevada Bar No. 7491
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs Michael Rogers and Nikita Wright*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ROGERS, an individual; NIKITA WRIGHT, an individual, <br><br> Plaintiffs, <br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his individual capacity; ALFREDO QUINTERO, individually; PRAVEEN RAJ, individually; PARKER SMITH, individually; TYLER GEORGI, individually; JUSTIN JONSSON, individually; JAMES KILBER, individually, RICARDO LARA, individually, DOE OFFICERS V - VI, individually, <br><br> Defendants. | **Case No.:** 2:22-cv-00867-CDS-BNW <br><br> **STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO FILE PLAINTIFFS' REPLY IN SUPPORT OF:** <br><br> **MOTION TO FILE FIFTH AMENDED COMPLAINT [ECF NO. 106]** |

Pursuant to LR IA 6-1, Plaintiffs MICHAEL ROGERS and NIKITA WRIGHT ("Plaintiffs"), and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JOSEPH LOMBARDO, ALFREDO QUITERO, PRAVEEN RAJ, PARKER SMITH, TYLER GEORGI, JUSTIN JONSSON, JAMES KILBER, and RICARDO LARA, by and through their respective counsel, hereby stipulate and request that this Court extend the deadline for Plaintiffs to file their reply in support of their Motion to File Fifth Amended

1

Complaint (ECF No. 106) from the current deadline of September 15, 2025, by one (1) day, to **September 16, 2025**.[1]

This request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon Plaintiffs' counsel's schedule.

WHEREFORE, the parties respectfully request that this Court order the deadline extended as stated above.

**IT IS SO STIPULATED**.

DATED: September 15, 2025.

**MCLETCHIE LAW**

/s/ *Margaret A. McLetchie*
Margaret A. McLetchie (10931)
Lisa A. Rasmussen (7491)
Leo S. Wolpert (12658)
602 South Tenth Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

DATED: September 15, 2025.

**MARQUIS AURBACH**

/s/ *Nick D. Crosby*
Nick D. Crosby (8996)
Tabetha J. Steinberg (16756)
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 16, 2025

---

[1] The September 15, 2025, reply deadline was set in the Court's August 22, 2025, minute Order. (ECF No. 105.) On August 28, 2025, the Court entered a minute order denying the concurrently-filed motion to extend amendment deadline as moot based on the Court having already instructed Plaintiffs to file the motion to amend by August 27, 2025. (ECF Nos. 107, 108.)

2