MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LISA A. RASMUSSEN, Nevada Bar No. 7491
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs Michael Rogers and Nikita Wright*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ROGERS, an individual; NIKITA WRIGHT, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity; ALFREDO QUINTERO, individually; PRAVEEN RAJ, individually; PARKER SMITH, individually; TYLER GEORGI, individually; JUSTIN JONSSON, individually; JAMES KILBER, individually; RICRDO LARA, individually; DOE OFFICERS V - VI, individually, <br><br> Defendants. | **Case No.:** 2:22-cv-00867-CDS-MDC <br><br> <u>**AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES**</u> <br><br> <u>**(THIRTEENTH REQUEST)**</u> |

Plaintiffs Michael Rogers and Nikita Wright ("Plaintiffs"), by and through their counsel of record, Margaret A. McLetchie, Esq., Leo S. Wolpert, Esq., and Lisa A. Rasmussen, Esq., of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Joseph Lombardo, Officer Alfredo Quintero, Officer Praveen Raj, Officer Tyler Georgi, Officer Justin Jonsson, Parker Smith, and Officer Ricardo Lara, Officer Ruben Kelly, and Officer Ivan Rodriguez ("Defendants"), by and through their counsel of record, Nick D. Crosby, Esq., and Tabetha J. Nakagawa, Esq., of Marquis Aurbach, hereby stipulate and agree to extend the Discovery Plan and Scheduling Order deadlines as set forth below.

## I.    INTROUCTION

The Parties submitted a Stipulation and Order to Extend Discovery Deadlines (Thirteenth) on April 30, 2026. (ECF No. 132). The Court held a hearing on the Stipulation on May 8, 2026 and denied the Stipulation without prejudice and ordered the Parties to meet and confer on the terms of the Stipulation, discuss scheduling of the continuation of the Rule 30(b)(6) deposition for LVMPD, and refile the Stipulation by May 15, 2026. Following the hearing, counsel met and conferred, both via telephone and via email, and were able to coordinate a new date for the continuation of the Rule 30(b)(6) deposition.

## II.    STATUS OF DISCOVERY

### A.    PLAINTIFFS' DISCOVERY[1]

1.    Plaintiffs' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 22, 2022.

2.    Plaintiff Michael Rogers' Request for Production of Documents to Defendant LVMPD - Set One dated December 15, 2022.

3.    Plaintiff Nikita Wright's Requests for Production to LVMPD - Set One dated May 16, 2023.

4.    Plaintiff Michael Rogers' Responses to Defendant LVMPD's First Set of Interrogatories dated May 31, 2023.

5.    Plaintiff Michael Rogers' Responses to Defendant LVMPD's First Set of Requests for Production of Documents dated May 31, 2023.

6.    Plaintiff Nikita Wright's Responses to Defendant LVMPD's First Set of Interrogatories dated May 31, 2023.

7.    Plaintiff Nikita Wright's Responses to Defendant LVMPD's First Set of Requests for Production of Documents dated May 31, 2023.

8.    Plaintiffs Michael Rogers and Nikita Wrights's First Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated May 31, 2023.

---

[1] Work completed since the twelfth Stipulation and Order (ECF No. 129) appear in **bolded** font.

2

9.    Plaintiff Michael Rogers' Responses to Defendant LVMPD's First Set of Requests for Admissions dated October 1, 2024.

10.    Plaintiff Nikita Wright's Responses to Defendant LVMPD's First Set of Requests for Admissions dated October 1, 2024.

11.    Plaintiff Michael Rogers' Requests for Production to Defendant LVMPD - Set Two dated February 12, 2025.

12.    Plaintiff Michael Rogers' Request for Production to Defendant LVMPD – Set Three dated March 6, 2025.

13.    Plaintiff Michael Rogers' Requests for Production to Defendant LVMPD – Set Four dated May 28, 2025.

14.    Plaintiff Michael Rogers' Requests for Production to Defendant Ricardo Lara – Set One dated May 28, 2025.

15.    Plaintiff Michael Rogers' Requests for Production to Defendant Alfredo Quintero – Set One dated May 28, 2025.

16.    Plaintiff Michael Rogers' Requests for Production to Defendant Praveen Raj – Set One dated May 28, 2025.

17.    Plaintiff Michael Rogers' Requests for Production to Defendant Tyler Georgi – Set One dated May 28, 2025.

18.    Plaintiff Michael Rogers' Requests for Production to Defendant Justin Jonsson – Set One dated May 28, 2025.

19.    Plaintiff Michael Rogers' Requests for Production to Defendant James Kilber – Set One dated May 28, 2025.

20.    Plaintiff Michael Rogers' Requests for Production to Defendant Parker Smith – Set One dated May 28, 2025.

21.    Plaintiff Michael Rogers' Requests for Admission to Defendant Ricardo Lara – Set One dated June 4, 2025.

22.    Plaintiff Michael Rogers' Interrogatories to Defendant Tyler Georgi – Set One dated June 4, 2025.

3

MAC: 14687-418 (#6394949.1)



MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

23.     Plaintiff Michael Rogers' Interrogatories to Defendant Justin Jonsson - Set One dated June 4, 2025.

24.     Plaintiff Michael Rogers' Interrogatories to Defendant James Kilber - Set One dated June 4, 2025.

25.     Plaintiff Michael Rogers' Interrogatories to Defendant Ricardo Lara - Set One dated June 4, 2025.

26.     Plaintiff Michael Rogers' Interrogatories to Defendant LVMPD – Set One dated June 4, 2025.

27.     Plaintiff Michael Rogers' Interrogatories to Defendant Alfredo Quintero - Set One dated June 4, 2025.

28.     Plaintiff Michael Rogers' Interrogatories to Defendant Praveen Raj – Set One dated June 4, 2025.

29.     Plaintiff Michael Rogers' Interrogatories to Defendant Parker Smith - Set One dated June 4, 2025.

30.     Plaintiffs' Second Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated June 23, 2025.

31.     Plaintiffs' Deposition of LVMPD Officer Ivan Rodriguez – taken June 25, 2025.

32.     Plaintiffs' Deposition of Defendant LVMPD Officer Justin Jonsson – taken June 30, 2025.

33.     Plaintiffs' Deposition of LVMPD Officer Cristian Petriuc – taken June 30, 2025.

34.     Plaintiffs' Deposition of LVMPD Officer Ruben Kelly – taken July 1, 2025.

35.     Plaintiffs' Deposition of Defendant LVMPD Officer Praveen Raj – taken July 2, 2025.

36.     Plaintiffs' Deposition of Defendant LVMPD Officer Parker Smith – taken July 3, 2025.

4

37.    Plaintiff Nikita Wright's Requests for Production to Defendant LVMPD - Set Two [*mislabeled as Set One*] dated July 3, 2025.

38.    Plaintiff Nikita Wright's First Supplemental Responses to Defendant LVMPD's First Set of Requests for Admissions - Set One dated July 3, 2025.

39.    Plaintiff Michael Rogers' First Supplemental Responses to Defendant LVMPD's First Set of Requests for Admissions - Set One dated July 7, 2025.

40.    Plaintiffs' Third Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated July 11, 2025.[2]

41.    Plaintiff Michael Rogers' Request for Production to Defendant LVMPD – Set Five dated July 17, 2025.

42.    Plaintiff Michael Rogers' Interrogatories to Defendant LVMPD – Set Two dated July 17, 2025.

43.    Plaintiff Nikita Wright's Interrogatories to Defendant LVMPD – Set One dated July 17, 2025.

44.    Plaintiff Nikita Wright's Requests for Production to Defendant LVMPD - Set Three [*mislabeled as Set Two*] dated July 24, 2025.

45.    Plaintiff Nikita Wright's Interrogatories to Defendant LVMPD – Set Two dated July 24, 2025.

46.    Plaintiffs' Deposition of Defendant Quintero – taken September 10, 2025.

47.    Plaintiffs' Deposition of Matthew Pluck – taken September 25, 2025.

48.    Plaintiffs' Deposition of Defendant Ricardo Lara – taken October 1, 2025.

49.    Plaintiff Michael Rogers' Requests for Admissions to Defendant LVMPD – Set One dated October 8, 2025.

50.    Plaintiff Michael Rogers' Requests for Production of Documents to Defendant LVMPD – Set Six dated October 8, 2025.

---

[2] Of relevance to the reasons set forth below, Plaintiffs produced materials from the related cases discussed below (*see* **Section III**).

MAC: 14687-418 (#6394949.1)

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

51. Additionally, the following deposition notices were issued by Plaintiffs but later vacated as Plaintiffs determined they were unnecessary:

a) Plaintiffs' Notice of Taking Deposition of Defendant James Kilber for June 27, 2025, deposition, served on May 23, 2025, vacated by notice served June 24, 2025.

b) Plaintiffs First Amended Notice of Taking Deposition of Defendant Tyler Georgi for July 16, 2025, deposition served on June 24, 2025, vacated by notice served July 3, 2025.

52. Plaintiffs' Initial Designation of Expert Witnesses dated January 15, 2026.

53. Plaintiffs' Fourth Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated January 29, 2026. (to ensure documents produced in this case and related BLM protest cases are produced in each case).

54. Plaintiff Michael Rogers' Request for Admission to Defendant Ivan Rodriguez – Set One dated March 2, 2026.

55. Plaintiff Michael Rogers' Request for Production to Defendant Las Vegas Metropolitan Police Department – Set Seven dated March 2, 2026.

56. Plaintiff Michael Rogers' Interrogatories to Defendant Ruben Kelly – Set One dated March 2, 2026.

57. Plaintiff Michael Rogers' Interrogatories to Defendant Ivan Rodriguez – Set One dated March 2, 2026.

58. Plaintiffs' Rebuttal Expert Report to LVMPD Defendants' First Supplement to Initial Expert Witness Disclosure dated March 24, 2026.

59. Plaintiffs' Deposition of Defendant LVMPD's first Rule 30(b)(6) designee John McGrath – taken March 25, 2026 (as part of combined LVMPD's Rule 30(b)(6) designee deposition for this case and for *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA).

60. Plaintiffs' [Corrected] Rebuttal Expert Report to LVMPD Defendants' First Supplement to Initial Expert Witness Disclosure dated March 24, 2026, and served March

MAC: 14687-418 (#6394949.1)

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

27, 2026.[3]

61.     Plaintiffs' partial deposition (Part One) of second Fed. R. Civ. P. 30(b)(6) Designee(s) of Las Vegas Metropolitan Police Department (Deputy Chief Jose Hernandez), taken April 6, 2026 (as part of combined LVMPD's Rule 30(b)(6) designee deposition for this case and for *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA).[4]

62.     Plaintiffs' deposition of Defendants' expert John Ryan, taken April 16, 2026.

63.     *Pending:* Plaintiffs' Deposition (Part Two) of second Fed. R. Civ. P. 30(b)(6) Designee(s) of Las Vegas Metropolitan Police Department (Jose Hernandez), (as part of combined LVMPD's Rule 30(b)(6) designee deposition for this case and for *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA).

B.     **DEFENDANTS' DISCOVERY** [5]

1.     LVMPD Defendants' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 19, 2022.

2.     LVMPD Defendants' First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated January 17, 2023.

3.     Defendant LVMPD's Responses to Plaintiff Michael Rogers' Requests for Production - Set One dated January 17, 2023.

4.     Defendant LVMPD's First Set of Interrogatories to Plaintiff Nikita Wright dated April 21, 2023.

---

[3] This correction was necessary because the original rebuttal report was accidentally served with the original report of Plaintiffs' expert attached, rather than the rebuttal report.

[4] Due to an error, Defendants had not prepared this designee on all topics it had been agreed this witness was designated to cover.

[5] Work completed since the last Stipulation and Order (ECF No. 129) appear in **bolded** font.

MAC: 14687-418 (#6394949.1)

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

5.    Defendant LVMPD's First Set of Requests for Production of Documents to Plaintiff Nikita Wright dated April 21, 2023.

6.    Defendant LVMPD's First Set of Interrogatories to Plaintiff Michael Rogers dated April 21, 2023.

7.    Defendant LVMPD's First Set of Requests for Production of Documents to Plaintiff Michael Rogers dated April 21, 2023.

8.    LVMPD's Responses to Plaintiff Nikita Wright's Requests for Production - Set One dated July 17, 2023.

9.    LVMPD Defendants' Second Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 17, 2023.

10.    Defendant LVMPD's First Set of Requests for Admissions to Plaintiff Michael Rogers dated July 1, 2024.

11.    Defendant LVMPD's First Set of Requests for Admissions to Plaintiff Nikita Wright dated July 1, 2024.

12.    Defendant LVMPD's Responses to Plaintiff Michael Rogers' Requests for Production - Set Two dated March 14, 2025.

13.    Defendant LVMPD's First Supplemental Responses to Plaintiff Michael Rogers' Requests for Production – Set One dated April 4, 2025.

14.    Defendant LVMPD's Responses to Plaintiff Michael Rogers' Requests for Production – Set Three dated April 4, 2025.

15.    LVMPD Defendants' Third Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated April 4, 2025.

16.    LVMPD Defendants' Fourth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated June 4, 2025.

17.    Defendant Alfredo Quintero's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

18.    Defendant Alfredo Quintero's Responses to Plaintiff Michael Rogers' Requests for Production – Set One dated July 7, 2025.

8

19.    Defendant James Kilber's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

20.    Defendant James Kilber's Responses to Plaintiff Nikita Wright's Requests for Production – Set One dated July 7, 2025.

21.    Defendant Justin Jonsson's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

22.    Defendant Justin Jonsson's Responses to Plaintiff Nikita Wright's Requests for Production – Set One dated July 7, 2025.

23.    Defendant LVMPD's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

24.    Defendant Parker Smith's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

25.    Defendant Parker Smith's Responses to Plaintiff Nikita Wright's Requests for Production – Set One dated July 7, 2025.

26.    Defendant Praveen Raj's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

27.    Defendant Praveen Raj's Responses to Plaintiff Michael Roger's Requests for Production – Set One dated July 7, 2025.

28.    Defendant Ricardo Lara's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

29.    Defendant Ricardo Lara's Responses to Plaintiff Michael Rogers' Requests for Admission – Set One dated July 7, 2025.

30.    Defendant Ricardo Lara's Responses to Plaintiff Michael Rogers' Requests for Production – Set One dated July 7, 2025.

31.    Defendant Tyler Georgi's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

32.    Defendant Tyler Georgi's Responses to Plaintiff Nikita Wright's Requests for Production – Set One dated July 7, 2025.

9

MAC: 14687-418 (#6394949.1)

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

33. Defendants' Deposition of Plaintiff Nikita Wright taken July 7, 2025.

34. Defendants' Deposition of Plaintiff Michael Rogers taken July 8, 2025.

35. Defendant James Kilber's First Supplemental Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 9, 2025.

36. LVMPD Defendants' Sixth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 9, 2025.

37. Defendant LVMPD's First Supplemental Responses to Plaintiff Michael Rogers' Requests for Production – Set Two dated July 10, 2025.

38. Defendant LVMPD's Responses to Plaintiff Michael Rogers' Requests for Production – Set Four dated July 10, 2025.

39. Defendant LVMPD's Responses to Plaintiff Nikita Wright's Requests for Production Set One [Sic] [*Recte* Two] dated August 4, 2025.

40. LVMPD Defendants' Seventh Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 4, 2025.

41. Defendant LVMPD's Answers to Plaintiff Michael Rogers' Interrogatories – Set Two dated August 18, 2025.

42. Defendant LVMPD's Answers to Plaintiff Nikita Wright's Interrogatories – Set One dated August 18, 2025.

43. Defendant LVMPD's Responses to Plaintiff Michael Rogers' Requests for Production – Set Five dated August 18, 2025.

44. Defendant LVMPD's Responses to Plaintiff Nikita Wright's Requests for Production of Documents - Set Two [Sic, *Recte* Three] dated August 25, 2025.

45. Defendant LVMPD's Answers to Plaintiff Nikita Wright's Interrogatories - Set Two dated August 25, 2025.

46. LVMPD Defendants' Eighth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 25, 2025.

47. LVMPD Defendants' Ninth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated September 8, 2025.

MAC: 14687-418 (#6394949.1)

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

48. Defendant LVMPD's First Supplemental Responses to Plaintiff Michael Rogers' Requests for Production - Set Three dated September 9, 2025.

49. Defendant LVMPD's Second Supplemental Responses to Plaintiff Michael Rogers' Requests for Production of Documents - Set One dated September 9, 2025.

50. Defendant LVMPD's First Supplemental Responses to Plaintiff Michael Rogers' Requests for Production of Documents - Set Four dated September 10, 2025.

51. Defendant LVMPD's First Supplemental Responses to Plaintiff Nikita Wright's Requests for Production of Documents - Set One [sic, recte Two] dated September 10, 2025.

52. Defendant LVMPD's First Supplemental Responses to Plaintiff Nikita Wright's Requests for Production of Documents - Set Two [sic, recte Three] dated September 10, 2025.

53. LVMPD Defendants' Tenth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated September 10, 2025.

54. LVMPD Defendants' Eleventh Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated September 11, 2025.

55. LVMPD Defendants' Twelfth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated November 14, 2025.

56. Defendant Las Vegas Metropolitan Police Department's Responses to Plaintiff Michael Rogers' Requests for Admission – Set One dated November 14, 2025.

57. Defendant Las Vegas Metropolitan Police Department's Responses to Plaintiff Michael Rogers' Requests for Production – Set Six dated November 14, 2025.

58. LVMPD Defendants' First Supplement to Initial Expert Witness Disclosure dated January 15, 2026.

59. Defendant Las Vegas Metropolitan Police Department's Second Supplemental Responses to Plaintiff Michael Rogers' Requests for Production – Set Two dated March 23, 2026.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

MAC: 14687-418 (#6394949.1)

60. Defendant Las Vegas Metropolitan Police Department's Second Supplemental Responses to Plaintiff Nikita Wright's Requests for Production – Set Two [SIC] [*RECTE* THREE] dated March 23, 2026.

61. Defendant Alfredo Quintero's First Supplemental Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated March 27, 2026.

62. Defendant Justin Jonsson's First Supplemental Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated March 27, 2026.

63. Defendant LVMPD's First Supplemental Answers to Plaintiff Michael Rogers' Interrogatories – Set One, undated, received March 27, 2026.

64. Defendant Las Vegas Metropolitan Police Department's Third Supplemental Responses to Plaintiff Michael Rogers' Requests for Production – Set One dated March 23, 2026.

65. Defendant Praveen Raj's First Supplemental Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated March 27, 2026.

66. Defendant Parker Smith's First Supplemental Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated March 31, 2026.

67. Defendant Ricardo Lara's First Supplemental Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated March 31, 2026.

68. Defendant Ivan Rodriguez's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated April 1, 2026.

69. Defendant Ivan Rodriguez's Responses to Plaintiff Michael Rogers' Requests for Admissions – Set One dated April 1, 2026.

70. Defendant Ruben Kelly's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated April 1, 2026.

71. Defendant LVMPD's Responses to Plaintiff Michael Rogers' Request for Production – Set Seven dated April 1, 2026.

72. LVMPD Defendants' Thirteenth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated April 1, 2026.

MAC: 14687-418 (#6394949.1)

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

73.     LVMPD Defendants' Fourteenth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated April 7, 2026.

74.     LVMPD Defendants' Fifteenth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated April 17, 2026.

**75.     Defendants' deposition of Plaintiffs' expert Natasha Powers-Marakis, taken April 21, 2026.**

### III.     DISCOVERY THAT REMAINS TO BE COMPLETED.

The Parties are actively working cooperatively to complete discovery. Besides revolving any outstanding meet and confer issues, they have very few tasks remaining: the second combined FRCP 30(b)(6) deposition, and expert depositions. Due to unanticipated issues, the Parties have been working together to resolve outstanding discovery disputes and to reschedule the remaining Fed. Rev. Civ. P. 30(b)(6) deposition (for the second designee) and to rescheduled expert depositions.

In addition, the Parties have had to address challenging scheduling issues for the remaining combined FRCP 30(b)(6) designee deposition (as part of combined LVMPD's FRCP 30(b)(6) designee deposition for this case and for *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA). Plaintiffs' deposition of Defendant LVMPD's combined first FRCP 30(b)(6) designee John McGrath was taken March 25, 2026. Plaintiffs' deposition of Defendant LVMPD's combined second FRCP 30(b)(6) Designee(s) Jose Hernandez was scheduled for April 6, 2026, but the deposition had to be stopped midway through because Mr. Hernandez was not prepared to testify about certain noticed topics, and the Parties agreed that he would be deposed at a later date. Mr. Hernandez's deposition was reset for  the next available date for counsel and the witness, which was April 22, 2026.[6]

---

[6] During the intervening period, Plaintiffs took the deposition of LVMDP Defendants' expert John Ryan on April 16, 2026, and Defendants took the disposition of Plaintiffs' expert Natasha Powers-Marakis on April 21, 2026

MAC: 14687-418 (#6394949.1)

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702) 728-5300 (T) / (702) 425-8220 (F)
WWW.NVLITIGATION.COM

However, Plaintiffs' counsel, Margaret McLetchie, suffered an unexpected health emergency during the week of April 20, 2026, which disrupted her schedule and forced the rescheduling and reallocation of staff in multiple matters handled by the firm, including the deposition of Ms. Powers-Marakis being handled by Mr. Wolpert instead of Ms. McLetchie. However, neither Mr. Wolpert nor Ms. Rasmussen are as familiar with this matter as Ms. McLetchie and could not have prepared in time for the 30(b)(6). Additionally, Ms. McLetchie has had a number of medical appointments (four during the week of April 20, 2026, alone) and multiple attorneys from Plaintiffs' counsel's office were scheduled to be engaged for most of the week of April 27, 2026, in a multi-day hearing before the State of Nevada Government Employee-Management Relations Board, *Villa v. Henderson Police Officer's Association*, Case No. 2025-013, resulting in the delay of the rescheduling of Defendant LVMPD's combined second FRCP 30(b)(6) Designee(s) Jose Hernandez.

The Parties subsequently set a date of May 20, 2026 for the continuation of the Rule 30(b)(6) deposition. However, after the Parties agreed upon the May 20, 2026 date, counsel for Defendant learned that his spouse needed to have surgery on May 21, 2026 in Reno, Nevada. Counsel notified the Court of this issue during the May 8, 2026 hearing and counsel for the Parties met and conferred regarding an alternate date to conduct the deposition. After coordinating with counsel and the witness, the Parties confirmed the continuation of the Rule 30(b)(6) deposition will occur June 11, 2026.

Further, Defendants recently disclosed a large number of new documents in their fourteenth and fifteenth supplemental disclosures (made on April 7, and April 17, 2026, respectively) that need to be carefully reviewed in order to assess resolution of discovery disputes that go back to prior discovery responses to which the recently-produced documents relate. Historically, there have been many areas of dispute as to Defendants' discovery responses and other issues. The Parties have engaged in extensive meet and confer efforts to resolve the outstanding discovery issues relating to responses to Plaintiffs' written discovery. Some of the issues go back to discovery issues originally memorialized in Plaintiffs' June 16, 2025, July 29, 2025, March 6, 2026, and March 24, 2026, letters, as well as specific issues

14

related to privilege claim issues memorialized in Plaintiffs' November 25, 2026, letter. The Parties have resolved many of these issues after extensive email communications since June of 2025, as well as lengthy and extensive meet and confer conferences that took place on July 25, 2025, and March 20, 2026. As a result and as reflected above and in Section I(B), *supra*, Defendants have supplemented many of their responses to Plaintiffs' written discovery. The Parties are still, on an ongoing basis, working together to address any written discovery needs and resolve as many issues that remain as possible without court intervention.

## IV.    SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.

Pursuant to Local Rule 26-3, the Parties submit that good cause exists for the extension requested. This is the thirteenth request for an extension of discovery deadlines in this matter. The Parties acknowledge that, pursuant to Local Rule 26-3, a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than 21 days before the expiration of the subject deadline, that a request made within 21 days must be supported by a showing of good cause. All of the deadlines the Parties are requesting to be extended expire within the 21-day window, and good cause exists for extending the current deadlines (*see* ECF No. 131) as set forth below. The current discovery cutoff date is May 1, 2026. *Id*.

The Parties have been diligently conducting discovery, have nearly completed the extensive discovery in this case, and are in the process of resolving discovery disputes with the aim of avoiding motion practice. However, recent and unanticipated developments in the case necessitate the requested extension based on good cause and judicial economy.

As noted previously (*see* ECF No. 131 at p. 14:9-15:3), for cost-saving and efficiency purposes, the Parties in this matter and two related matters have agreed that the dispositive motion deadline in this case should be clustered with the dispositive motion deadlines in two cases involving overlapping policy issues. These two cases are *Downes-Covington, et al. v. LVMPD, et al*., Case No. 2:20-cv-01790-CDS-DJA (the "Downes-

15

Covington Case")[7] and *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA (the "Solomon Case")[8]. Additionally, because of the overlap of policy, practice, and customs issues, the Parties have also agreed to consolidate the deposition of LVMPD's Fed. Rev. Civ. P. 30(b)(6) designee(s) in this case and the *Solomon* Case which will result in greater efficiency, ease of witness scheduling, and lower costs in effectuating the 30(b)(6) depositions in all three of the cases.  While *Downes-Covington*, *Solomon*, and this case differ factually in some respects relevant to each plaintiff, the cases each stem from the widespread protests following George Floyd's death in 2020 and the police response to those protests. Many of the overarching policy, practice, and custom issues related to these, three cases are similar, and as such the *Monell* arguments in each case will likely substantially overlap. Clustering the dispositive motion deadline here with those in *Downes-Covington* and *Solomon* and consolidating the Fed. Rev. Civ. P. 30(b)(6) depositions in this case and the *Solomon* case will simplify the issues and streamline the judicial process for the Parties by permitting the Parties to draft dispositive motions in each case near the same time. Clustering the dispositive motion deadline here with the deadline in *Downes-Covington* will reduce the burden on and promote judicial efficiency in the courts, and this Court in particular, through allowing the Parties to present similar issues to the Court around the same time.

There is good cause for the requested extension of the discovery cutoff date and related deadlines. As noted above, the Parties have engaged in extensive meet and confer efforts to resolve outstanding discovery issues relating to responses to Plaintiffs' written discovery. The issues go back to discovery issues originally memorialized in Plaintiffs' June 16, 2025, July 29, 2025, March 6, 2026, and March 24, 2026, letters, as well as specific issues related to privilege claim issues memorialized Plaintiffs' November 25, 2026, letter. The Parties have resolved many of these issues after extensive email communications since June

---

[7] The current dispositive motions deadline in *Downes-Covington* is June 4, 2026. *See* Case No. 2:20-cv-01790-CDS-DJA, ECF No. 216.

[8] The current dispositive motions deadline in *Solomon* is July 22, 2026. *See* Case No. 2:22-cv-00847-JCM-DJA, ECF No. 114.

MAC: 14687-418 (#6394949.1)

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

of 2025, as well as lengthy and extensive meet and confer conferences that took place on July 25, 2025, and March 20, 2026. Defendants have continued to supplement many of their responses to Plaintiffs' written discovery in the past month and continue to do so. Defendants have been in the process of making extensive supplements to written discovery as a result of meet and confer efforts with Plaintiffs, the most recent disclosures being submitted ton April 7, and April 17, 2026. The Parties will promptly update the Court and, if necessary, provide an updated stipulation for the Court's consideration if there are any changes to the dates proposed herein.

And as discussed above, the extension of the discovery cutoff date is further justified and necessitated by the need to complete the remaining continued deposition of LVMPD's combined 30(b)(6) designee Jose Hernandez, whose April 6, 2026, deposition discussed in the prior scheduling order (*see* ECF No. 131 at 15:18-16:2) had to be stopped midway through based on his not being fully prepared to address noticed deposition topics. It is also further justified and necessitated by Plaintiffs' counsel intervening illness discussed above, and by Plaintiffs' need to review Defendants' very recent new discovery disclosures before taking Mr. Hernandez's continued deposition. The Parties have been meeting and conferring as to a new deposition date for Mr. Hernandez, as instructed by the Court, and the same is scheduled for June 11, 2026.

The Parties contend that an extension of discovery deadlines enables them to complete the remaining deposition so that this matter is fairly resolved on the merits and gives the experts the opportunity to review all discovery produced in this dispute and resolve remaining discovery disputes with the aim of minimizing or eliminating the need for discovery motion practice.

It will also beneficially harmonize the dispositive motion briefing in this case, *Downes-Covington v. LVMPD, et al.*, Case No. 2:20-cv-01790 and *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA in a way that promotes judicial economy. For cost-saving and efficiency purposes, the Parties agree that the dispositive motion deadline in this case should be extended to be close in time to, or clustered with, the dispositive motion

17

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

deadlines in these other two cases involving distinct facts and circumstances but similar policy issues.

Additionally, the Parties together request the instant extension in good faith and to further the resolution of this complicated case on the merits, and not for any purpose of delay. "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Derosa v. Blood Sys., Inc.*, No. 2:13-cv-0137-JCM-NJK, 2013 U.S. Dist. LEXIS 108235, 2013 WL 3975764, at 1 (D. Nev. Aug. 1, 2013) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)); *see also* Fed. R. Civ. P. 1 (providing that the Rules of Civil Procedure "should be construed, administered, and employed by the court and the Parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

As the procedural history of this case illustrates, the Parties have been diligent in litigating this matter and carrying out discovery and their have worked cooperatively and with professional courtesy when unanticipated personal and other circumstance have required adjustment—and to try to avoid unnecessary motion work before the Court.

Finally, as to Section II(D) of the Magistrate Court's standing order and the issue of whether the Parties anticipate discovery materials will involve privileged or trial preparation materials, the Court approved a protective order addressing these issues. *See* ECF No. 96. Moreover, certain claims of privilege/work product protection are the subject of current discovery disputes that the Parties are in the process of attempting to resolve without motion practice.

Accordingly, the Parties contend that the standards to extend all deadlines are satisfied here.

/ / /

/ / /

/ / /

/ / /

/ / /

MCLETCHIE LAW

ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

MAC: 14687-418 (#6394949.1)

## V.    PROPOSED SCHEDULE FOR REMAINING DEADLINES

For the reasons set forth above, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended as set forth below:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | | Past Due/Unchanged |
| Amend complaint to address *Monell* and equal protection claims | | Past Due/Unchanged |
| Initial / Supplemental Expert Disclosures | | Past Due/Unchanged |
| Rebuttal Expert Disclosures | March 16, 2026 | Past Due/Unchanged |
| Discovery Cut-Off | May 1, 2026 | **Friday, June 26, 2026** |
| Dispositive Motions | July 1, 2026 | **Friday, August 7, 2026.**[9] |
| Pretrial Order | August 1, 2026 | **Monday, September 7, 2026** (If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.) |

Based on the foregoing stipulation and proposed plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended as set forth above so that the Parties may conduct depositions and efficiently litigate the case based on the merits.

/ / /

/ / /

/ / /

_____

[9] This deadline is set here to follow the motions for summary judgment in *Downes-Covington* and *Solomon* as discovery has concluded in *Downes-Covington* and there are no experts in *Solomon*.

MAC: 14687-418 (#6394949.1)

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

The Parties respectfully submit this request in good faith and not for any improper purpose or to delay.

Dated this 15th day of May, 2026.

**MCLETCHIE LAW**

By: */s/ Margaret A. McLetchie*
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Leo S. Wolpert, Esq.
    Nevada Bar No. 12658
    602 South 10th Street
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiffs Michael Rogers*
    *and Nikita Wright*

Dated this 15th day of May, 2026.

**MARQUIS AURBACH**

By: */s/ Nick D. Crosby*
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Tabetha J. Nakagawa, Esq.
    Nevada Bar No.16756
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Defendants*

**IT IS SO ORDERED:**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED:  May 18, 2026

20

MAC: 14687-418 (#6394949.1)