# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Michael Rogers, *et al.*,

               Plaintiffs,

vs.

Las Vegas Metropolitan Police Department, *et al.*,

               Defendants.

Case No. 2:22-cv-00867-CDS-MDC

**ORDER GRANTING MOTION TO REMOVE ATTORNEY (ECF NO. 137)**

      The Court has reviewed the *Motion to Remove Counsel* (ECF No. 137) ("Motion"). Defendants request to remove Tabetha J. Nakagawa, Esq. from CM/ECF service in this matter. *ECF No. 137.* Defendants state that she is longer part of the Marquis & Aurbach ("Marquis"), the firm representing them. *See id.* The docket reflects that Marquis will continue representing defendants. *See docket*. For good cause shown, the Court grants the Motion.

      ACCORDINGLY,

      **IT IS ORDERED that:**

1.  The *Motion to Remove Counsel* (ECF No. 137) is **GRANTED**.

2.  Tabetha J. Nakagawa, Esq. is to be removed from CM/ECF service as co-counsel for defendants in this matter.

DATED: June 10, 2026

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1