MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LISA A. RASMUSSEN, Nevada Bar No. 7491
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Counsel for Plaintiffs Michael Rogers and Nikita Wright*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ROGERS, an individual; NIKITA WRIGHT, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity; ALFREDO QUINTERO, individually; PRAVEEN RAJ, individually; PARKER SMITH, individually; TYLER GEORGI, individually; JUSTIN JONSSON, individually; JAMES KILBER, individually; RICRDO LARA, individually; DOE OFFICERS V - VI, individually, <br><br> Defendants. | **Case No.:** 2:22-cv-00867-CDS-MDC <br><br> **AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DEADLINES** <br><br> **(FIFTEENTH REQUEST)[1]** |

Plaintiffs Michael Rogers and Nikita Wright ("Plaintiffs"), by and through their counsel of record, Margaret A. McLetchie, Esq., Leo S. Wolpert, Esq., and Lisa A. Rasmussen, Esq., of McLetchie Law, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Joseph Lombardo, Officer Alfredo Quintero, Officer Praveen Raj, Officer Tyler Georgi, Officer Justin Jonsson, Parker Smith, and Officer Ricardo Lara, Officer Ruben Kelly, and Officer Ivan Rodriguez ("Defendants"), by and through their counsel of record, Nick D. Crosby, Esq., and Tabetha J. Nakagawa, Esq., of

---

[1] The Fourteenth extension request sought the extension of the dispositive motions and pretrial order deadlines only, and was granted. *See* ECF No. 140.

Marquis Aurbach, hereby stipulate and agree to extend the Discovery Plan and Scheduling Order deadlines as set forth below. **This stipulation is only seeking to change the date of the Fed. R. Civ. P. 30(b)(6) and will not impact the deadline for dispositive motions.**

## I.    INTROUCTION

The only discovery issues that remain in the case are the continuation of the Rule 30(b)(6) deposition of LVMPD, and resolution of certain meet and confer efforts regarding discovery issues. The Parties are making headway on the latter issue. The instant requested extension of the discovery cutoff is necessary to accommodate the rescheduling of the continued deposition of LVMPD's combined 30(b)(6) witness. That deposition was scheduled for June 11, 2026, however, due to an unanticipated emergency in one of Plaintiffs' counsel's other cases, and the introduction of new discovery disclosures from LVMPD on June 9, 2026, the deposition needs to be rescheduled and the next available date for LVMPD's witness is July 1, 2026, after the June 26, 2026, current discovery cutoff. The Parties therefore request that the discovery deadline be reset to July 15, 2026.  All other deadlines are to remain unchanged.

## II.    STATUS OF DISCOVERY

### A.    PLAINTIFFS' DISCOVERY[2]

1.    Plaintiffs' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 22, 2022.

2.    Plaintiff Michael Rogers' Request for Production of Documents to Defendant LVMPD - Set One dated December 15, 2022.

3.    Plaintiff Nikita Wright's Requests for Production to LVMPD - Set One dated May 16, 2023.

4.    Plaintiff Michael Rogers' Responses to Defendant LVMPD's First Set of Interrogatories dated May 31, 2023.

---

[2] Work completed since the fourteenth Stipulation and Order (ECF No. 140) appear in **bolded** font.

2

MAC: 14687-418 (#6438978.1)

5. Plaintiff Michael Rogers' Responses to Defendant LVMPD's First Set of Requests for Production of Documents dated May 31, 2023.

6. Plaintiff Nikita Wright's Responses to Defendant LVMPD's First Set of Interrogatories dated May 31, 2023.

7. Plaintiff Nikita Wright's Responses to Defendant LVMPD's First Set of Requests for Production of Documents dated May 31, 2023.

8. Plaintiffs Michael Rogers and Nikita Wrights's First Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated May 31, 2023.

9. Plaintiff Michael Rogers' Responses to Defendant LVMPD's First Set of Requests for Admissions dated October 1, 2024.

10. Plaintiff Nikita Wright's Responses to Defendant LVMPD's First Set of Requests for Admissions dated October 1, 2024.

11. Plaintiff Michael Rogers' Requests for Production to Defendant LVMPD - Set Two dated February 12, 2025.

12. Plaintiff Michael Rogers' Request for Production to Defendant LVMPD – Set Three dated March 6, 2025.

13. Plaintiff Michael Rogers' Requests for Production to Defendant LVMPD – Set Four dated May 28, 2025.

14. Plaintiff Michael Rogers' Requests for Production to Defendant Ricardo Lara – Set One dated May 28, 2025.

15. Plaintiff Michael Rogers' Requests for Production to Defendant Alfredo Quintero – Set One dated May 28, 2025.

16. Plaintiff Michael Rogers' Requests for Production to Defendant Praveen Raj – Set One dated May 28, 2025.

17. Plaintiff Michael Rogers' Requests for Production to Defendant Tyler Georgi – Set One dated May 28, 2025.

18. Plaintiff Michael Rogers' Requests for Production to Defendant Justin Jonsson – Set One dated May 28, 2025.

MAC: 14687-418 (#6438978.1)

19.    Plaintiff Michael Rogers' Requests for Production to Defendant James Kilber – Set One dated May 28, 2025.

20.    Plaintiff Michael Rogers' Requests for Production to Defendant Parker Smith – Set One dated May 28, 2025.

21.    Plaintiff Michael Rogers' Requests for Admission to Defendant Ricardo Lara – Set One dated June 4, 2025.

22.    Plaintiff Michael Rogers' Interrogatories to Defendant Tyler Georgi – Set One dated June 4, 2025.

23.    Plaintiff Michael Rogers' Interrogatories to Defendant Justin Jonsson - Set One dated June 4, 2025.

24.    Plaintiff Michael Rogers' Interrogatories to Defendant James Kilber - Set One dated June 4, 2025.

25.    Plaintiff Michael Rogers' Interrogatories to Defendant Ricardo Lara - Set One dated June 4, 2025.

26.    Plaintiff Michael Rogers' Interrogatories to Defendant LVMPD – Set One dated June 4, 2025.

27.    Plaintiff Michael Rogers' Interrogatories to Defendant Alfredo Quintero - Set One dated June 4, 2025.

28.    Plaintiff Michael Rogers' Interrogatories to Defendant Praveen Raj – Set One dated June 4, 2025.

29.    Plaintiff Michael Rogers' Interrogatories to Defendant Parker Smith - Set One dated June 4, 2025.

30.    Plaintiffs' Second Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated June 23, 2025.

31.    Plaintiffs' Deposition of LVMPD Officer Ivan Rodriguez – taken June 25, 2025.

32.    Plaintiffs' Deposition of Defendant LVMPD Officer Justin Jonsson – taken June 30, 2025.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

4

33. Plaintiffs' Deposition of LVMPD Officer Cristian Petriuc – taken June 30, 2025.

34. Plaintiffs' Deposition of LVMPD Officer Ruben Kelly – taken July 1, 2025.

35. Plaintiffs' Deposition of Defendant LVMPD Officer Praveen Raj – taken July 2, 2025.

36. Plaintiffs' Deposition of Defendant LVMPD Officer Parker Smith – taken July 3, 2025.

37. Plaintiff Nikita Wright's Requests for Production to Defendant LVMPD - Set Two [*mislabeled as Set One*] dated July 3, 2025.

38. Plaintiff Nikita Wright's First Supplemental Responses to Defendant LVMPD's First Set of Requests for Admissions - Set One dated July 3, 2025.

39. Plaintiff Michael Rogers' First Supplemental Responses to Defendant LVMPD's First Set of Requests for Admissions - Set One dated July 7, 2025.

40. Plaintiffs' Third Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated July 11, 2025.[3]

41. Plaintiff Michael Rogers' Request for Production to Defendant LVMPD – Set Five dated July 17, 2025.

42. Plaintiff Michael Rogers' Interrogatories to Defendant LVMPD – Set Two dated July 17, 2025.

43. Plaintiff Nikita Wright's Interrogatories to Defendant LVMPD – Set One dated July 17, 2025.

44. Plaintiff Nikita Wright's Requests for Production to Defendant LVMPD - Set Three [*mislabeled as Set Two*] dated July 24, 2025.

45. Plaintiff Nikita Wright's Interrogatories to Defendant LVMPD – Set Two dated July 24, 2025.

46. Plaintiffs' Deposition of Defendant Quintero – taken September 10, 2025.

_____

[3] Of relevance to the reasons set forth below, Plaintiffs produced materials from the related cases discussed below (*see* **Section III**).

MAC: 14687-418 (#6438978.1)

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

47.    Plaintiffs' Deposition of Matthew Pluck – taken September 25, 2025.

48.    Plaintiffs' Deposition of Defendant Ricardo Lara – taken October 1, 2025.

49.    Plaintiff Michael Rogers' Requests for Admissions to Defendant LVMPD – Set One dated October 8, 2025.

50.    Plaintiff Michael Rogers' Requests for Production of Documents to Defendant LVMPD – Set Six dated October 8, 2025.

51.    Additionally, the following deposition notices were issued by Plaintiffs but later vacated as Plaintiffs determined they were unnecessary:

a)    Plaintiffs' Notice of Taking Deposition of Defendant James Kilber for June 27, 2025, deposition, served on May 23, 2025, vacated by notice served June 24, 2025.

b)    Plaintiffs First Amended Notice of Taking Deposition of Defendant Tyler Georgi for July 16, 2025, deposition served on June 24, 2025, vacated by notice served July 3, 2025.

52.    Plaintiffs' Initial Designation of Expert Witnesses dated January 15, 2026.

53.    Plaintiffs' Fourth Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated January 29, 2026. (to ensure documents produced in this case and related BLM protest cases are produced in each case).

54.    Plaintiff Michael Rogers' Request for Admission to Defendant Ivan Rodriguez – Set One dated March 2, 2026.

55.    Plaintiff Michael Rogers' Request for Production to Defendant Las Vegas Metropolitan Police Department – Set Seven dated March 2, 2026.

56.    Plaintiff Michael Rogers' Interrogatories to Defendant Ruben Kelly – Set One dated March 2, 2026.

57.    Plaintiff Michael Rogers' Interrogatories to Defendant Ivan Rodriguez – Set One dated March 2, 2026.

58.    Plaintiffs' Rebuttal Expert Report to LVMPD Defendants' First Supplement to Initial Expert Witness Disclosure dated March 24, 2026.

59.    Plaintiffs' Deposition of Defendant LVMPD's first Rule 30(b)(6) designee John McGrath – taken March 25, 2026 (as part of combined LVMPD's Rule 30(b)(6)

MAC: 14687-418 (#6438978.1)

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

designee deposition for this case and for *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA).

60.    Plaintiffs' [Corrected] Rebuttal Expert Report to LVMPD Defendants' First Supplement to Initial Expert Witness Disclosure dated March 24, 2026, and served March 27, 2026.[4]

61.    Plaintiffs' partial deposition (Part One) of second Fed. R. Civ. P. 30(b)(6) Designee(s) of Las Vegas Metropolitan Police Department (Deputy Chief Jose Hernandez), taken April 6, 2026 (as part of combined LVMPD's Rule 30(b)(6) designee deposition for this case and for *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA).[5]

62.    Plaintiffs' deposition of Defendants' expert John Ryan, taken April 16, 2026.

**63.    Plaintiffs' Fifth Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 dated April 29, 2026.**

**64.    *Pending:* Plaintiffs' Deposition (Part Two) of second Fed. R. Civ. P. 30(b)(6) Designee(s) of Las Vegas Metropolitan Police Department (Jose Hernandez), (as part of combined LVMPD's Rule 30(b)(6) designee deposition for this case and for *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA), previously scheduled for June 11, 2026.**

**B.    DEFENDANTS' DISCOVERY** [6]

1.    LVMPD Defendants' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 19, 2022.

2.    LVMPD Defendants' First Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated January 17, 2023.

---

[4] This correction was necessary because the original rebuttal report was accidentally served with the original report of Plaintiffs' expert attached, rather than the rebuttal report.

[5] Due to an error, Defendants had not prepared this designee on all topics it had been agreed this witness was designated to cover.

[6] Work completed since the last Stipulation and Order (ECF No. 140) appear in **bolded** font.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

7

3. Defendant LVMPD's Responses to Plaintiff Michael Rogers' Requests for Production - Set One dated January 17, 2023.

4. Defendant LVMPD's First Set of Interrogatories to Plaintiff Nikita Wright dated April 21, 2023.

5. Defendant LVMPD's First Set of Requests for Production of Documents to Plaintiff Nikita Wright dated April 21, 2023.

6. Defendant LVMPD's First Set of Interrogatories to Plaintiff Michael Rogers dated April 21, 2023.

7. Defendant LVMPD's First Set of Requests for Production of Documents to Plaintiff Michael Rogers dated April 21, 2023.

8. LVMPD's Responses to Plaintiff Nikita Wright's Requests for Production - Set One dated July 17, 2023.

9. LVMPD Defendants' Second Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 17, 2023.

10. Defendant LVMPD's First Set of Requests for Admissions to Plaintiff Michael Rogers dated July 1, 2024.

11. Defendant LVMPD's First Set of Requests for Admissions to Plaintiff Nikita Wright dated July 1, 2024.

12. Defendant LVMPD's Responses to Plaintiff Michael Rogers' Requests for Production - Set Two dated March 14, 2025.

13. Defendant LVMPD's First Supplemental Responses to Plaintiff Michael Rogers' Requests for Production – Set One dated April 4, 2025.

14. Defendant LVMPD's Responses to Plaintiff Michael Rogers' Requests for Production – Set Three dated April 4, 2025.

15. LVMPD Defendants' Third Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated April 4, 2025.

16. LVMPD Defendants' Fourth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated June 4, 2025.

8

MAC: 14687-418 (#6438978.1)

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

17. Defendant Alfredo Quintero's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

18. Defendant Alfredo Quintero's Responses to Plaintiff Michael Rogers' Requests for Production – Set One dated July 7, 2025.

19. Defendant James Kilber's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

20. Defendant James Kilber's Responses to Plaintiff Nikita Wright's Requests for Production – Set One dated July 7, 2025.

21. Defendant Justin Jonsson's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

22. Defendant Justin Jonsson's Responses to Plaintiff Nikita Wright's Requests for Production – Set One dated July 7, 2025.

23. Defendant LVMPD's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

24. Defendant Parker Smith's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

25. Defendant Parker Smith's Responses to Plaintiff Nikita Wright's Requests for Production – Set One dated July 7, 2025.

26. Defendant Praveen Raj's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

27. Defendant Praveen Raj's Responses to Plaintiff Michael Roger's Requests for Production – Set One dated July 7, 2025.

28. Defendant Ricardo Lara's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

29. Defendant Ricardo Lara's Responses to Plaintiff Michael Rogers' Requests for Admission – Set One dated July 7, 2025.

30. Defendant Ricardo Lara's Responses to Plaintiff Michael Rogers' Requests for Production – Set One dated July 7, 2025.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

MAC: 14687-418 (#6438978.1)

31. Defendant Tyler Georgi's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 7, 2025.

32. Defendant Tyler Georgi's Responses to Plaintiff Nikita Wright's Requests for Production – Set One dated July 7, 2025.

33. Defendants' Deposition of Plaintiff Nikita Wright taken July 7, 2025.

34. Defendants' Deposition of Plaintiff Michael Rogers taken July 8, 2025.

35. Defendant James Kilber's First Supplemental Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated July 9, 2025.

36. LVMPD Defendants' Sixth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated July 9, 2025.

37. Defendant LVMPD's First Supplemental Responses to Plaintiff Michael Rogers' Requests for Production – Set Two dated July 10, 2025.

38. Defendant LVMPD's Responses to Plaintiff Michael Rogers' Requests for Production – Set Four dated July 10, 2025.

39. Defendant LVMPD's Responses to Plaintiff Nikita Wright's Requests for Production Set One [Sic] [*Recte* Two] dated August 4, 2025.

40. LVMPD Defendants' Seventh Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 4, 2025.

41. Defendant LVMPD's Answers to Plaintiff Michael Rogers' Interrogatories – Set Two dated August 18, 2025.

42. Defendant LVMPD's Answers to Plaintiff Nikita Wright's Interrogatories – Set One dated August 18, 2025.

43. Defendant LVMPD's Responses to Plaintiff Michael Rogers' Requests for Production – Set Five dated August 18, 2025.

44. Defendant LVMPD's Responses to Plaintiff Nikita Wright's Requests for Production of Documents - Set Two [Sic, *Recte* Three] dated August 25, 2025.

45. Defendant LVMPD's Answers to Plaintiff Nikita Wright's Interrogatories - Set Two dated August 25, 2025.

10

MAC: 14687-418 (#6438978.1)

46. LVMPD Defendants' Eighth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated August 25, 2025.

47. LVMPD Defendants' Ninth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated September 8, 2025.

48. Defendant LVMPD's First Supplemental Responses to Plaintiff Michael Rogers' Requests for Production - Set Three dated September 9, 2025.

49. Defendant LVMPD's Second Supplemental Responses to Plaintiff Michael Rogers' Requests for Production of Documents - Set One dated September 9, 2025.

50. Defendant LVMPD's First Supplemental Responses to Plaintiff Michael Rogers' Requests for Production of Documents - Set Four dated September 10, 2025.

51. Defendant LVMPD's First Supplemental Responses to Plaintiff Nikita Wright's Requests for Production of Documents - Set One [sic, recte Two] dated September 10, 2025.

52. Defendant LVMPD's First Supplemental Responses to Plaintiff Nikita Wright's Requests for Production of Documents - Set Two [sic, recte Three] dated September 10, 2025.

53. LVMPD Defendants' Tenth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated September 10, 2025.

54. LVMPD Defendants' Eleventh Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated September 11, 2025.

55. LVMPD Defendants' Twelfth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated November 14, 2025.

56. Defendant Las Vegas Metropolitan Police Department's Responses to Plaintiff Michael Rogers' Requests for Admission – Set One dated November 14, 2025.

57. Defendant Las Vegas Metropolitan Police Department's Responses to Plaintiff Michael Rogers' Requests for Production – Set Six dated November 14, 2025.

58. LVMPD Defendants' First Supplement to Initial Expert Witness Disclosure dated January 15, 2026.

MAC: 14687-418 (#6438978.1)

59. Defendant Las Vegas Metropolitan Police Department's Second Supplemental Responses to Plaintiff Michael Rogers' Requests for Production – Set Two dated March 23, 2026.

60. Defendant Las Vegas Metropolitan Police Department's Second Supplemental Responses to Plaintiff Nikita Wright's Requests for Production – Set Two [SIC] [*RECTE* THREE] dated March 23, 2026.

61. Defendant Alfredo Quintero's First Supplemental Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated March 27, 2026.

62. Defendant Justin Jonsson's First Supplemental Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated March 27, 2026.

63. Defendant LVMPD's First Supplemental Answers to Plaintiff Michael Rogers' Interrogatories – Set One, undated, received March 27, 2026.

64. Defendant Las Vegas Metropolitan Police Department's Third Supplemental Responses to Plaintiff Michael Rogers' Requests for Production – Set One dated March 23, 2026.

65. Defendant Praveen Raj's First Supplemental Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated March 27, 2026.

66. Defendant Parker Smith's First Supplemental Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated March 31, 2026.

67. Defendant Ricardo Lara's First Supplemental Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated March 31, 2026.

68. Defendant Ivan Rodriguez's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated April 1, 2026.

69. Defendant Ivan Rodriguez's Responses to Plaintiff Michael Rogers' Requests for Admissions – Set One dated April 1, 2026.

70. Defendant Ruben Kelly's Answers to Plaintiff Michael Rogers' Interrogatories – Set One dated April 1, 2026.

71. Defendant LVMPD's Responses to Plaintiff Michael Rogers' Request for Production – Set Seven dated April 1, 2026.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

12

72.    LVMPD Defendants' Thirteenth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated April 1, 2026.

73.    LVMPD Defendants' Fourteenth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated April 7, 2026.

74.    LVMPD Defendants' Fifteenth Supplemental Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated April 17, 2026.

75.    Defendants' deposition of Plaintiffs' expert Natasha Powers-Marakis, taken April 21, 2026.

76.    **Defendant LVMPD's Second Supplemental Responses to Plaintiff Wright's Request for Production – Set One [sic] [Recte Two] dated June 10, 2026;**

77.    **Defendant LVMPD's First Supplemental Responses to Plaintiff Rogers' Requests for Production – Set Five dated June 10, 2026;**

78.    **Defendant LVMPD's Second Supplemental Responses to Plaintiff Rogers' Requests for Production – Set Four dated June 10, 2026;**

79.    **Defendant LVMPD's Second Supplemental Responses to Plaintiff Rogers' Requests for Production – Set Three dated June 10, 2026.**

## III.    <u>DISCOVERY THAT REMAINS TO BE COMPLETED.</u>

The Parties are actively working cooperatively to complete discovery. Apart from the continued efforts of revolving any outstanding meet and confer issues—which is progressing well—the Parties have very one task remaining that requires the requested extension of the discovery cutoff date: the second combined FRCP 30(b)(6) deposition of LVMPD. Due to unanticipated issues, the proposed date for LVMPD's deposition could not go forward as scheduled for June 11, 2026.

The Parties have had to address challenging scheduling issues for the remaining combined FRCP 30(b)(6) designee deposition (as part of combined LVMPD's FRCP 30(b)(6) designee deposition for this case and for *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA) (the "*Solomon* case"). Plaintiffs' deposition of Defendant LVMPD's combined first FRCP 30(b)(6) designee John McGrath was taken March 25, 2026. Plaintiffs'

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

MCLETCHIE LAW

ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

deposition of Defendant LVMPD's combined second FRCP 30(b)(6) Designee(s) Jose Hernandez was scheduled for April 6, 2026, but the deposition had to be stopped midway through because Mr. Hernandez was not prepared to testify about certain noticed topics, and the Parties agreed that he would be deposed at a later date. Mr. Hernandez's deposition was reset for the next available date for counsel and the witness, which was April 22, 2026.[7]

However, Plaintiffs' counsel, Margaret McLetchie, suffered an unexpected health emergency during the week of April 20, 2026, which disrupted her schedule and forced the rescheduling and reallocation of staff in multiple matters handled by the firm, including the deposition of Ms. Powers-Marakis being handled by Mr. Wolpert instead of Ms. McLetchie. However, neither Mr. Wolpert nor Ms. Rasmussen are as familiar with this matter as Ms. McLetchie and could not have prepared in time for the 30(b)(6). Additionally, Ms. McLetchie has had a number of medical appointments (four during the week of April 20, 2026, alone) and multiple attorneys from Plaintiffs' counsel's office were scheduled to be engaged for most of the week of April 27, 2026, in a multi-day hearing before the State of Nevada Government Employee-Management Relations Board, *Villa v. Henderson Police Officer's Association*, Case No. 2025-013, resulting in the delay of the rescheduling of Defendant LVMPD's combined second FRCP 30(b)(6) Designee(s) Jose Hernandez.

The Parties subsequently set a date of May 20, 2026 for the continuation of the Rule 30(b)(6) deposition. However, after the Parties agreed upon the May 20, 2026 date, counsel for Defendant learned that his spouse needed to have surgery on May 21, 2026 in Reno, Nevada. Counsel notified the Court of this issue during the May 8, 2026 hearing and counsel for the Parties met and conferred regarding an alternate date to conduct the deposition. After coordinating with counsel and the witness, the Parties confirmed the continuation of the Rule 30(b)(6) deposition for June 11, 2026.

---

[7] During the intervening period, Plaintiffs took the deposition of LVMPD Defendants' expert John Ryan on April 16, 2026, and Defendants took the disposition of Plaintiffs' expert Natasha Powers-Marakis on April 21, 2026

14

On June 9, 2026, the LVMPD in the *Solomon* case produced 39 new documents that have to be reviewed before the combined LVMPD 30(b)(6) deposition, further exacerbating Plaintiffs' counsel's time restraints.

More importantly, late  on Monday, June 8, 2026, Plaintiff's counsel received notice (the notice was not in fact downloaded until June 9, 2026) in an unrelated state court case that she would have to prepare for complex and novel previously unbriefed issues raised by that court to be addressed at a dispositive motion hearing set by the court for June 10, 2026. *See Law Office of Daniel S. Simon, et al. v. Edgeworth Family Trust, et al.*, Eighth Judicial District Court, Case No. A-19-807433-C, June 8, 2026, Minute Order, 6:15 PM, attached as **Exhibit 1**. Plaintiffs' undersigned counsel had anticipated continuing preparation for the June 11, 2026, deposition of LVMPD's 30(b)(6) witness in the days prior to the deposition, but the need to address issues for the hearing made this impossible, as all the intervening time was consumed in preparation for this emergency hearing.

Finally, while there have been many areas of dispute as to Defendants' discovery responses and other issues in this case and the *Solomon* case, the Parties have engaged in extensive meet and confer efforts to resolve the outstanding discovery issues relating to responses to Plaintiffs' written discovery, and are making progress.  Therefore, while these issues are ongoing, they are proceeding well and are not the reason for the requested extension of the discovery deadline herein. The Parties are still, on an ongoing basis, working together to address any written discovery needs and resolve as many issues that remain as possible without court intervention.

## IV.    SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.

Pursuant to Local Rule 26-3, the Parties submit that good cause exists for the extension requested. This is the fifteenth request for an extension of discovery deadlines in this matter. The Parties acknowledge that, pursuant to Local Rule 26-3, a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than 21 days before the expiration of the subject deadline, that a request made within 21 days must be supported by a showing of good cause. All of the deadlines the Parties are requesting to be extended expire within the 21-day window (*see* ECF Nos. 136 & 140), and good cause

15

MAC: 14687-418 (#6438978.1)

exists for extending the current deadlines as set forth below. The current discovery cutoff date is June 26, 2026. *Id*.

The Parties have been diligently conducting discovery, have nearly completed the extensive discovery in this case, and are in the process of resolving discovery disputes with the aim of avoiding motion practice. However, recent and unanticipated developments in the case necessitate the requested extension based on good cause and judicial economy.

As noted previously (*see* ECF No. 136 at p. 15:24-16:17), for cost-saving and efficiency purposes, the Parties in this matter and two related matters have agreed that the dispositive motion deadline in this case should be clustered with the dispositive motion deadlines in two cases involving overlapping policy issues. These two cases are *Downes-Covington, et al. v. LVMPD, et al.*, Case No. 2:20-cv-01790-CDS-DJA (the "Downes-Covington Case")[8] and *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA (the "Solomon Case")[9]. The dispositive motions deadline in this case is August 21, 2026, and the joint pretrial order deadline is September 21, 2026, and these dates remain unchanged. *See* ECF No. 140. Additionally, because of the overlap of policy, practice, and customs issues, the Parties have also agreed to consolidate the deposition of LVMPD's Fed. Rev. Civ. P. 30(b)(6) designee(s) in this case and the *Solomon* Case which will result in greater efficiency, ease of witness scheduling, and lower costs in effectuating the 30(b)(6) depositions in all three of the cases. While *Downes-Covington*, *Solomon*, and this case differ factually in some respects relevant to each plaintiff, the cases each stem from the widespread protests following George Floyd's death in 2020 and the police response to those protests. Many of the overarching policy, practice, and custom issues related to these, three cases are similar, and as such the *Monell* arguments in each case will likely substantially overlap. Clustering the dispositive motion deadline here with those in *Downes-Covington* and *Solomon* and

---

[8] The current dispositive motions deadline in *Downes-Covington* is July 22, 2026. *See* Case No. 2:20-cv-01790-CDS-DJA, ECF No. 218.

[9] On June 10, 2026, the Parties in *Solomon* submitted a stipulation and order seeking to extend the dispositive motions deadline in that case to August 5, 2026. *See* Case No. 2:22-cv-00847-JCM-DJA, ECF No. 117.

MAC: 14687-418 (#6438978.1)

consolidating the Fed. Rev. Civ. P. 30(b)(6) depositions in this case and the *Solomon* case will simplify the issues and streamline the judicial process for the Parties by permitting the Parties to draft dispositive motions in each case near the same time. Clustering the dispositive motion deadline here with the deadline in *Downes-Covington* will reduce the burden on and promote judicial efficiency in the courts, and this Court in particular, through allowing the Parties to present similar issues to the Court around the same time.

There is good cause for the requested extension of the discovery cutoff date and related deadlines. And as discussed above, the extension of the discovery cutoff date is justified and necessitated by the unanticipated need to continue the deposition of LVMPD's combined 30(b)(6) designee Jose Hernandez, whose June 11, 2026, deposition based on Plaintiffs' counsel's emergency in an unrelated case and the recent disclosure of new discovery documents in the *Solomon* case. The Parties have agreed to have Mr. Hernandez's deposition take place on July 1, 2026, the earliest date on which he is available.

Additionally, the Parties continue to engage in extensive meet and confer efforts to resolve outstanding discovery issues relating to responses to Plaintiffs' written discovery. The issues go back to discovery issues originally memorialized in Plaintiffs' June 16, 2025, July 29, 2025, March 6, 2026, and March 24, 2026, letters, as well as specific issues related to privilege claim issues memorialized Plaintiffs' November 25, 2026, letter. Recent May 7, 2026, and May 29, 2026, letters from Plaintiffs' counsel have further refined these issues, which will hopefully be resolved soon. The Parties will promptly update the Court and, if necessary, provide an updated stipulation for the Court's consideration if there are any changes to the dates proposed herein.

The Parties contend that an extension of discovery deadline to July 15, 2026, enables them to complete the remaining deposition so that this matter is fairly resolved on the merits and resolve remaining discovery disputes with the aim of minimizing or eliminating the need for discovery motion practice.

It will also beneficially harmonize the dispositive motion briefing in this case, *Downes-Covington v. LVMPD, et al.*, Case No. 2:20-cv-01790 and *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA in a way that promotes judicial economy. For cost-

ATTORNEYS AT LAW
602 SOUTH TENTH ST.
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

MCLETCHIE LAW

MAC: 14687-418 (#6438978.1)

saving and efficiency purposes, the Parties agree that the discovery deadline in this case should be extended to accommodate the July 1, 2026, deposition of LVMPD combined 30(b)(6) witness Jose Hernandez.

Additionally, the Parties together request the instant extension in good faith and to further the resolution of this complicated case on the merits, and not for any purpose of delay. "Good cause to extend a discovery deadline exists 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Derosa v. Blood Sys., Inc.*, No. 2:13-cv-0137-JCM-NJK, 2013 U.S. Dist. LEXIS 108235, 2013 WL 3975764, at 1 (D. Nev. Aug. 1, 2013) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)); *see also* Fed. R. Civ. P. 1 (providing that the Rules of Civil Procedure "should be construed, administered, and employed by the court and the Parties to secure the just, speedy, and inexpensive determination of every action and proceeding").

As the procedural history of this case illustrates, the Parties have been diligent in litigating this matter and carrying out discovery and their have worked cooperatively and with professional courtesy when unanticipated personal and other circumstance have required adjustment—and to try to avoid unnecessary motion work before the Court.

Finally, as to Section II(D) of the Magistrate Court's standing order and the issue of whether the Parties anticipate discovery materials will involve privileged or trial preparation materials, the Court approved a protective order addressing these issues. *See* ECF No. 96. Moreover, certain claims of privilege/work product protection are the subject of current discovery disputes that the Parties are in the process of attempting to resolve without motion practice.

Accordingly, the Parties contend that the standards to extend the discovery deadline is satisfied here.

/ / /

/ / /

/ / /

/ / /

/ / /

18

MAC: 14687-418 (#6438978.1)

## V.    PROPOSED SCHEDULE FOR REMAINING DEADLINES

For the reasons set forth above, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended as set forth below:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | | Past Due/Unchanged |
| Amend complaint to address *Monell* and equal protection claims | | Past Due/Unchanged |
| Initial / Supplemental Expert Disclosures | | Past Due/Unchanged |
| Rebuttal Expert Disclosures | March 16, 2026 | Past Due/Unchanged |
| Discovery Cut-Off | June 26, 2026 | **Wednesday, July 15, 2026** |
| Dispositive Motions | August 21, 2026 | Unchanged |
| Pretrial Order | September, 21, 2026 (If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.) | Unchanged |

Based on the foregoing stipulation and proposed plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended as set forth above so that the Parties may conduct depositions and efficiently litigate the case based on the merits.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

19

The Parties respectfully submit this request in good faith and not for any improper purpose or to delay.

Dated this 22nd day of June, 2026.

**MCLETCHIE LAW**

By: */s/ Margaret A. McLetchie*
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    Leo S. Wolpert, Esq.
    Nevada Bar No. 12658
    602 South 10th Street
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiffs Michael Rogers
    and Nikita Wright*

Dated this 22nd day of June, 2026.

**MARQUIS AURBACH**

By: */s/ Nick D. Crosby*
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Defendants*

**IT IS SO ORDERED:**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED:  June 25, 2026

20

MAC: 14687-418 (#6438978.1)