MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Attorneys for Plaintiffs*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ROGERS, an individual; NIKITA WRIGHT, an individual,<br>Plaintiffs,<br>vs.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity; ALFREDO QUINTERO, individually; PRAVEEN RAJ, individually; PARKER SMITH, individually; TYLER GEORGI, individually; JUSTIN JONSSON, individually; JAMES KILBER, individually; RICARDO LARA, individually; DOE OFFICERS V - VI, individually,<br>Defendants. | Case. No.: 2:22-cv-00867-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiffs Michael Rogers and Nikita Wright ("Plaintiffs"), by and through their counsel of record, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., of McLetchie Law Group, PLLC, and Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Joseph Lombardo, Officer Alfredo Quintero, Officer Praveen Raj, Officer Tyler Georgi, Officer Justin Jonsson, Parker Smith, and Officer Ricardo Lara, Officer Ruben Kelly, and Officer Ivan Rodriguez ("Defendants"), by and through their counsel of record, Nick D. Crosby, Esq., and Michael A. Cruz, Esq., of Marquis Aurbach, hereby agree and jointly stipulate the following.

1. This request for an extension of time is not sought for an improper purpose or other purpose of delay. On July 31, 2026, a Magistrate Judge's Report and

Recommendation was entered in *Solomon v. LVMPD, et al.*, Case No. 2:22-cv-00847-JCM-DJA (ECF No. 123), granting in part and denying in part Plaintiff's motion to file a third amended complaint. The *Solomon* case is closely related to the instant case, and as discussed below, the Parties are coordinating briefing between this case, the *Solomon* case, and another related case, *Downes-Covington, et al. v. LVMPD, et al.,* Case No. 2:20-cv-01790-CDS-DJA. The parties herein are requesting extension of the dispositive motion deadline—up to and including December 1, 2026[1]—to coordinate dispositive motions briefing between these related cases, and also to resolve the discovery issues that remain in the instant case and in the *Solomon* case.

2. The dispositive motion deadline in this case is currently August 21, 2026. ECF No. 144.

3. Under Local Rule 26-3, a stipulation to extend a scheduled deadline made within 21 days of the subject deadline must be supported by a showing of good cause.

4. The Parties respectfully submit that, for the reasons outlined below, good cause exists to grant this stipulated extension.

5. On January 19, 2026, Plaintiff in the *Solomon* case filed his motion to file a third amended complaint and to extend the amendment deadline ("Motion to Amend"). ECF Nos. 88 & 89. The Motion to Amend proposed significant changes to the *Solomon* Complaint, including adding two parties, extensive significant factual allegations, and new proposed claims. *Id*.

6. On August 3, 2026, the Magistrate Judge in *Solomon* issued his Report and Recommendation granting in part and denying in part Plaintiff's Motion to Amend. (ECF No. 123). While the Report denied several aspects of Plaintiff's Motion to Amend, the portion of the Motion to Amend granted by the Court was significant from a factual and legal perspective. As a result, the bases upon which the *Solomon* Plaintiff and Defendants would

[1] As discussed below, the Parties have stipulated to extend the dispositive motion deadline in the *Downes-Covington* case to November 3, 2026, and to extend the dispositive motion deadline in the *Solomon* case until November 17, 2026. Thus, this Stipulation seeks to extend the deadline in the instant case by 102 to December 1, 2026, so that the deadlines are staggered with two weeks between them.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

rely upon for a dispositive motion have substantially changed.

7. Accordingly, on August 17, 2026, the Court in *Solomon* approved the parties' stipulation and order to extend the dispositive motions deadline in that case to November 17, 2026 (ECF No. 125). On August 6, 2026, the Court in *Downes-Covington* approved the parties' stipulation and order to extend the dispositive motions deadline in that case to November 3, 2026 (ECF No. 222).

8. For cost-saving and efficiency purposes, the parties agree that the dispositive motion deadline in this case should be extended to be close in time to, or clustered with, the dispositive motion deadlines in the related *Solomon* and *Downes-Covington* cases which involve distinct facts and circumstances but similar policy issues.

9. While *Solomon*, *Downes-Covington*, and this case differ factually in some respects relevant to each plaintiff, the cases each stem from the widespread protests following George Floyd's death in 2020 and the police response to those protests.

10. Many of the overarching policy, practice, and custom issues related to these three cases are similar, and as such the *Monell* arguments in each case will likely substantially overlap.

11. Clustering the dispositive motion deadline here with those in *Solomon* and *Downes-Covington* will simplify the issues and streamline the judicial process for the Parties by permitting the Parties to draft dispositive motions in each case simultaneously.

12. Clustering the dispositive motion deadline here with those in *Solomon* and *Downes-Covington* will reduce the burden on and promote judicial efficiency in the courts, and this Court in particular, through allowing the Parties to present similar issues to the Court around the same time.

13. Additionally, the Parties understand that there are still outstanding discovery issues in this case and in the *Solomon* case, including issues regarding Metro's Fed. R. Civ. P. 30(b)(6) deposition, that the parties are working to resolve without motion practice, and therefore the above dates are subject to change based on discovery yet to be completed. The Parties will promptly update the Court and, if necessary, provide an updated

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

stipulation for the Court's consideration if there are any changes to the above dates.

14. This is the first request for extension of time to file dispositive motions in this matter. The Parties respectfully submit that the reasons set forth above constitute the necessary good cause for the requested extension.

15. The Parties further agree that the dispositive motion deadline currently set for August 21, 2026, shall be extended to December 1, 2026.

16. While the parties recognize this stipulation is filed inside the 21-day time period outlined in the Rule, the parties note the Court did not issue its Report and Recommendation in *Solomon* until August 3, 2026. (*See* ECF No. 123).

17. WHEREFORE, the Parties respectfully request that the dispositive motion deadline herein be extended to December 1, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

18. The instant stipulation is being made in good faith and not for purposes of delay, and no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

Dated this 20th day of August, 2026.

MCLETCHIE LAW GROUP, PLLC

By: */s/ Margaret A. McLetchie*
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
602 South 10th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated this 20th day of August, 2026.

MARQUIS AURBACH

By: */s/ Nick D. Crosby*
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Michael A. Cruz, Esq.
Nevada Bar No. 17178
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 24, 2026