MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Attorneys for Plaintiffs*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ROGERS, an individual; NIKITA WRIGHT, an individual,<br>Plaintiffs,<br>vs.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; JOSEPH LOMBARDO, in his official capacity; ALFREDO QUINTERO, individually; PRAVEEN RAJ, individually; PARKER SMITH, individually; TYLER GEORGI, individually; JUSTIN JONSSON, individually; JAMES KILBER, individually; RICARDO LARA, individually; DOE OFFICERS V - VI, individually,<br>Defendants. | Case. No.: 2:22-cv-00867-CDS-MDC<br><br>**NOTICE OF DISASSOCIATION OF ATTORNEY LISA A. RASMUSSEN, ESQ.; AND**<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND LISTING AS COUNSEL OF RECORD** |

TO THE COURT AND COUNSEL OR RECORD:

NOTICE IS HEREBY GIVEN that as of August 14, 2026, attorney Lisa A. Rasmussen, Esq., is no longer employed by McLetchie Law Group, PLLC ("McLetchie Law"), which is counsel for Plaintiffs Michael Rogers and Nikita Wright ("Plaintiffs"), and that Ms. Rasmussen will no longer be representing Plaintiffs.

Additionally, the undersigned respectfully request that the email address of lisa@nvlitigation.com be removed from the E-filing and service lists, and that Ms. Rasmussen no longer be listed on the docket as counsel for Plaintiffs.

McLetchie Law and the firm's other attorneys, Margaret A. McLetchie, Esq., and Leo S. Wolpert, Esq., remain counsel of record for Plaintiffs.

DATED: August 17, 2026.

**MCLETCHIE LAW GROUP, PLLC**

By: */s/ Margaret A. McLetchie*
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
602 South 10th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

In the future, unopposed motions must please include a signature block compliant with LR IA 6-2.

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

Dated: August 26, 2026

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM